# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# Case No. 13cv80019-Middlebrooks/White

# The attached hand-written document
# has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

**UNITED STATES DISTRICT COURT**
Southern District of Florida

Case Number: _____

FILED by _____ D.C.

JAN 0 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Christopher Joseph Porter #0377282  D.O.B. 11-05-1990
(Enter the full name of the plaintiff in this action)   Last 4 Digits of SS# 5897

v.

City of Boynton Beach

_____

_____

_____

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

cat / div 1983/550/WPB
Case # _____
Judge _____ Mag PNO
Motn Ifp YES Fee pd $ Ø
Receipt # _____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.     **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A.     Name of plaintiff: Christopher Joseph Porter

Inmate #: 0377282

Address: Palm Beach County Jail PO Box 24716

West Palm Beach FL 33416

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.     Defendant: City of Boynton Beach

is employed as

at 100 E. Boynton Beach Blvd.- Boynton Beach FL 33435

C.     Additional Defendants:

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## II.     Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need.  Attach an additional blank page if necessary.

On December 28th, 2012, I was Brutally assaulted and beaten by a police officer after being arrested for warrants. Other officers witnessed the assault and failed to intervene. My 14 year old brother was present and eyewitnessed the assault. I have severe damage to my eye and vision. My constitutional Rights were violated when this police officer used unwarranted excessive force with malice and sadistic ill will to intentionally cause Damage to my face. I will prove my claim with eyewitnesses, affidavits, Medical Reports, Photos, video, as well as audio evidence.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

_____

_____

_____

**III.    Relief**

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I want the officers involved to be held liable in their official as well as individual capacity, since they were clearly aware they were violating my clearly established Right against excessive Force. I want the court to order the Defendants to preserve and produce video and audio from patrol Vehicles on the scene of the incident as evidence. I want compensatory Damages in the amount of $5 million dollars, and Punitive Damages in the amount of $5 million dollars.

**IV.    Jury Demand**

Do you demand a jury trial?    [X] Yes    [ ] No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this ___2nd___ day of ___January_____, 20_13_

_____
(Signature of Plaintiff)


I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __01-02-2013__

_____
(Signature of Plaintiff)